# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
assets described in the Affidavit of Special Agent ) Case No. 2:24-cr-00918
Matthew Hannon dated September 10, 2024 )
)

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of _____ is subject to forfeiture to the United States of America under    18   U.S.C. § 981(a)(1)(C)   *(describe the property)*:

See Attachment A to the September 10, 2024 affidavit of Matthew Hannon.

The application is based on these facts:
See the September 10, 2024 affidavit of Matthew Hannon.

☐ Continued on the attached sheet.

*/s/ Matthew Hannon*
*Applicant's signature*

Special Agent Matthew Hannon
*Printed name and title*

Sworn to me via telephone or other reliable electronic means
and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: September 10, 2024

*/s/ Molly H. Cherry*
*Judge's signature*

City and state: Charleston, South Carolina     Molly H. Cherry, United States Magistrate Judge
*Printed name and title*

Print | Save As... | Attach | Reset